UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,        :
                                 :
    Plaintiff,                   :
                                 :
v.                               :       Case No. 8:05-CV-1871-T-30EAJ
                                 :
JOHN F. TRICOCCI, D.C.           :
                                 :
    Defendant.                   :

**ORDER GRANTING
<u>MOTION FOR DEFAULT JUDGMENT</u>**

THIS CAUSE came on for consideration upon Plaintiff's Motion for Default Judgment (Dkt. #12) pursuant to Rule 55 of the Federal Rules of Civil Procedure.  The Court, having reviewed the record, finds that Defendant has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure and that Plaintiff's claim against Defendant is for a sum certain or for a sum which can by computation be made certain as evidenced by proper affidavit filed herein.

Accordingly, it is

ORDERED, ADJUDGED, AND DECREED that the Motion for Default Judgment (Dkt. #12) is granted.  It is further

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff, the United States of America, and against Defendant, John F. Tricocci, D.C., in the following amounts:

1.    Principal in the amount of $62,059.98;

2.	Interest in the amount of $1,633.57, as of July 21, 2005, and interest on the principal amount accruing thereafter at the rate of 6.00 percent per annum until entry of judgment;

3.	Interest from the date of judgment on the amounts set forth above at the legal rate as prescribed by law until paid in full; and

4.	Such other costs of litigation otherwise allowed by law.

It is further ORDERED, ADJUDGED, AND DECREED that the Clerk shall enter Judgment in accordance with this Order, terminate any pending motions, and close this file.

**DONE** and **ORDERED** in Tampa, Florida on March 17, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
USA - Tampa (2 copies - 1 certified copy)
John F. Tricocci, D.C.

F:\Docs\2005\05-cv-1871.def fj.wpd